UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL SURETY CORPORATION,

               Plaintiff,

-against-

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT, and
NUSSLI (US), LLC,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2022_____

22 Civ. 6623 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff, the National Surety Corporation, brings this action against Defendants the Travelers Indemnity Company of Connecticut ("Travelers") and Nussli (US), LLC ("Nussli"), invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. Compl. ECF No. 1. Plaintiff pleads that it "is a corporation organized under the laws of the State of Delaware with its principal place of business and statutory home office in Illinois," *id.* ¶ 6, that Travelers "is a corporation organized under the laws of the State of Connecticut, *id.* ¶ 7, and that Nussli is "a foreign limited liability company organized under the laws of the State of Indiana with its principal place of business in New York," *id.* ¶ 8. These allegations do not sufficiently allege that the Court has jurisdiction over this action. Because Nussli is a limited liability company, the complaint must allege the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members.").

      Accordingly, by **August 25, 2022**, Plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity. If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the limited liability company, then the complaint will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: August 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge