```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/6/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NATIONAL SURETY CORPORATION,

                Plaintiff,

-against-

THE TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT, and NUSSLI (US), LLC,

                Defendants.

22 Civ. 6623 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. The parties have not indicated a method of alternative dispute resolution. *Id.* ¶ 10. Further, the parties have not indicated their best estimate of the length of trial. *Id.* ¶ 12. Accordingly, by **October 13, 2022**, the parties shall file a revised case management plan with an agreed upon method of dispute resolution and an estimate of the length of trial.

    SO ORDERED.

Dated: October 6, 2022
         New York, New York

                                                ANALISA TORRES
                                           United States District Judge